IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM KOWAL and LISA KOWAL,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA CASKET COMPANY, INC., and JOHN DOES 1-10,<br><br>Defendants. | CIVIL ACTION NO. 1:11-cv-6343 (RMB/AMD)<br><br>NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF DAVID A. SKIDMORE, JR., ESQUIRE AND AMY S. WILSON, ESQUIRE |

To: Michael Benjamin Weisberg, Esquire
Prochniak Weisberg, PC
7 South Morton Avenue
Morton, PA 19070
mweisberg@ppwlaw.com
**Attorney for Plaintiffs**

**PLEASE TAKE NOTICE** that, pursuant to L.Civ.R. 101.1(c), the undersigned attorney for Defendant, Aurora Casket Company, Inc. ("Defendant"), shall move before the United States District Court, District of New Jersey for entry of an Order admitting David A. Skidmore, Jr., Esquire, and Amy S. Wilson, Esquire, to appear *pro hac vice* in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that in support of said application, the Defendant shall rely on the accompanying Affidavits of David A. Skidmore, Jr., Esquire, and Amy S. Wilson, Esquire and the Certification of Jamie N. Labukas, Esquire.

A proposed form of Order is submitted for the Court's convenience.

#15391795 v1

-2-

## LOCAL CIVIL RULE 7.1 STATEMENT

The undersigned hereby certifies that, to the best of her knowledge, no brief or memorandum of law is necessary in support of the within motion as the issues raised involve no complicated issues of law.

 s/ Jamie N. Labukas
Jamie N. Labukas
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
labukasj@pepperlaw.com
(215) 981-4000

Attorney for Defendant
Aurora Casket Company, Inc.

Dated:  January 11, 2012

#15391795 v1