IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM KOWAL and LISA KOWAL,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AURORA CASKET COMPANY, INC., and JOHN DOES 1-10,<br><br>　　　　　　　　　　　　　Defendants. | CIVIL ACTION NO. 1:11-cv-6343 (RMB/AMD)<br><br>CERTIFICATION OF DAVID A. SKIDMORE, JR. IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* |

1. I am a member of the law firm of Frost Brown Todd LLC.

2. I am associated with Jamie N. Labukas, who is an associate at Pepper Hamilton LLP, is an attorney of record for Defendant Aurora Casket Company, Inc. ("Defendant") in this matter, is admitted to practice law in New Jersey, and is a member in good standing of the Bar of this Court.

3. I make this declaration pursuant to local Rule 101.1 in support of Defendant's motion for my admission to appear *pro hac vice* for Defendant in this action.

4. I am a member in good standing and admitted to practice in the following courts:

| Court | Year Admitted | Membership Information |
|---|---|---|
| Supreme Court of Ohio | November 18, 1991 | 65 South Front Street<br>Columbus, OH 43215-3431 |
| U.S. District Court-Southern District of Ohio | January 3, 1992 | Potter Stewart Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 |
| U.S. Court of Appeals, Sixth Circuit | July 7, 1992 | 540 Potter Stewart Courthouse |

#15383924 v1

-2-

|  |  | 100 East Fifth Street Cincinnati, Ohio 45202 |
|---|---|---|
| U.S. Court of Appeals, Ninth Circuit | February 26, 2003 | 161 S. High Street Akron, Ohio 44308 |
| U.S. District Court, Northern District of Ohio | April 23, 2003 | Carl B. Stokes U.S. Courthouse 801 West Superior Avenue Cleveland, Ohio 44113 |
| U.S. District Court, Southern District of Indiana | January 29, 2004 | U.S. District Court 210 Federal Building New Albany, IN 47150 |
| U.S. District Court, Central District of Illinois | March 3, 2004 | Central District of Illinois, Urbana Division 218 U.S. Courthouse 201 S. Vine Street Urbana, Illinois 61802 |
| Supreme Court of the United States | October 4, 2004 | 1 First Street, NE Washington, DC 20543 |

5. I am not under suspension or disbarment by any court.

6. No disciplinary proceeding is presently pending against me in any jurisdiction.

7. I consent to be subject to the jurisdiction and rules of this Court.

8. I agree, pursuant to Local Civil Rule 101.1(c), to make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and pay Annual Fees as provided by New Jersey Court 1:20-1(b) provided this Court grants this motion.

-3-

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

*[signature]*
David A. Skidmore, Jr.

Executed on this 9th day of January, 2012 in Cincinnati, Ohio.

#15383924 v1