IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM KOWAL and LISA KOWAL,<br><br>                                          Plaintiffs,<br><br>v.<br><br>AURORA CASKET COMPANY, INC., and JOHN DOES 1-10,<br><br>                                         Defendants. | CIVIL ACTION NO. 1:11-cv-6343 (RMB/AMD)<br><br>CERTIFICATION OF JAMIE N. LABUKAS IN SUPPORT OF PRO HAC VICE ADMISSION OF DAVID A. SKIDMORE, JR., ESQUIRE AND AMY S. WILSON, ESQUIRE |

      1. I am an attorney-at-law of the State of New Jersey and am a member of the firm of Pepper Hamilton LLP, attorneys for Defendant Aurora Casket Company, Inc. ("Defendant") in the above-captioned matter.  I make this Certification in support of the *pro hac vice* admissions of David A. Skidmore, Jr., Esquire and Amy S. Wilson, Esquire.

      2. I agree, pursuant to Local Civil Rule 101.1(c)(2), to make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and pay Annual Fees as provided by New Jersey Court 1:20-1(b) on behalf of Mr. Skidmore and Ms. Wilson.

      3. As set forth in their Certifications,  Mr. Skidmore and Ms. Wilson are members of Frost Brown Todd LLC.  Defendant has requested that Mr. Skidmore and Ms. Wilson be admitted *pro hac vice* in order to represent Defendant in this matter.

      4. The proposed Order we have submitted sets forth that all pleadings, briefs, and papers filed with the Court will be signed by me as attorney of record, and I will be responsible for the conduct of this action, and of Mr. Skidmore and Ms. Wilson as set forth in Local Civil Rule 101.1(c).

#15383642 v1

-2-

     5. Plaintiff's counsel has been contacted with respect to this Motion and does not object to the admission *pro hac vice* of Mr. Skidmore and Ms. Wilson in this matter.

     6. For the foregoing reasons we respectfully request that the Court enter the Order to admit *pro hac vice* Mr. Skidmore and Ms. Wilson.

     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

s/ Jamie N. Labukas<br>Jamie N. Labukas, Esq.

Dated: January 11, 2012