IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM KOWAL and LISA KOWAL,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AURORA CASKET COMPANY, INC., and JOHN DOES 1-10,<br><br>　　　　　　　　　　　　Defendants. | CIVIL ACTION NO. 1:11-cv-6343 (RMB/AMD)<br><br>CERTIFICATE OF SERVICE |

　　　　The undersigned hereby certifies that a true and correct copy of the (1) Notice of Motion of *Pro Hac Vice* Admission of Daivd A. Skidmore, Jr. and Amy S. Wilson; (2) Certification of David A. Skidmore, Jr., Esquire for *Pro Hac Vice* Admission; (3) Certification of Amy S. Wilson, Esquire for *Pro Hac Vice* Admission; (4) Certification of Jamie N. Labukas in support of the applications of David A. Skidmore, Jr., Esquire, and Amy S. Wilson, Esquire for *Pro Hac Vice* Admission; and (5) Proposed form of Order were served via ECF filing, this 11th day of January 2012, upon the following:

　　　　　　　　　　Michael Benjamin Weisberg, Esquire
　　　　　　　　　　Prochniak Weisberg, PC
　　　　　　　　　　7 South Morton Avenue
　　　　　　　　　　Morton, PA 19070
　　　　　　　　　　mweisberg@ppwlaw.com
　　　　　　　　　　Attorney for Plaintiffs


　　　　　　　　　　　　　　　　　　　　 s/ Jamie N. Labukas
　　　　　　　　　　　　　　　　　　　　Jamie N. Labukas