IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM KOWAL and LISA KOWAL,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA CASKET COMPANY, INC., and JOHN DOES 1-10,<br><br>Defendants. | CIVIL ACTION NO. 1:11-cv-6343 (RMB/AMD)<br><br>ORDER |

This matter having been brought before the Court by Jamie N. Labukas of Pepper Hamilton LLP, attorney for Defendant Aurora Casket Company, Inc. ("Defendant"), for an Order allowing David A. Skidmore, Jr., Esquire, and Amy S. Wilson, Esquire, to appear and participate *pro hac vice*; and the Court having considered the moving papers; and there being no opposition to this application; and for good cause shown;

**IT IS** this _____ day of _____ 2012, hereby

**ORDERED** that, David A. Skidmore, Jr., Esquire, and Amy. S. Wilson, Esquire are hereby admitted *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1, *et seq.*, and it is further

**IT IS FURTHER ORDERED** that Mr. Skidmore and Ms. Wilson shall:

1. Abide by the Rules of Practice of the United States District Court for the District of New Jersey, including all disciplinary rules as set forth in Local Civil Rule 101.1, *et seq.*;

2. Notify the Court immediately of any matters affecting their standing at the Bar of any other Court;

#15384419 v1

-2-

3. Have all pleadings, briefs, and other papers filed with the court signed by signed by an attorney of the law firm of Pepper Hamilton LLP who is admitted to the Bar of the State of New Jersey and this Court, who shall be held responsible for those pleadings, briefs, and other papers, and for the conduct of this cause and of the attorney admitted herein; and

**IT IS FURTHER ORDERED** that Mr. Skidmore and Ms. Wilson shall:

1. Make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which they represent a client in a matter pending before this court;

2. Make payments as provided in Local Civil Rule 101.1(c); and

3. Shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, R. 1:27-7, as amended.

_____
Hon. Ann Marie Donio, U.S.M.J.

#15384419 v1